UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROCKINGHAM CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BEST CHOICE LANDSCAPE & ROOFING, INC., and<br>COLUMBIA MUTUAL INSURANCE CO.,<br><br>Defendants. | Case No. CIV-22-1047-J |

**ORDER ENTERING DEFAULT JUDGMENT AGAINST DEFENDANT BEST CHOICE LANDSCAPE & ROOFING, INC.**

Before the Court is Plaintiff's Motion for Default Judgment [Doc. No. 13]. Defendant Best Choice Landscape & Roofing, Inc. (Best Choice) has filed no response.

Having reviewed the motion and the court file in this case, the Court finds that Plaintiff properly served Best Choice, *see* [Doc. No. 7], and that Best Choice has not filed an answer or otherwise appeared in this case, as required by Federal Rule of Civil Procedure 12(a). The Court, therefore, finds that Best Choice is in default and that Plaintiff is entitled to judgment in its favor and against Best Choice.

Accordingly, the Court GRANTS Plaintiff's Motion for Default Judgment [Doc. No. 13]. The Court, therefore, DECLARES that Plaintiff has no duty to defend and indemnify Best Choice in *Columbia Mutual Insurance Company v. Best Choice Landscape and Roofing, Inc.*, currently pending in the District Court of Oklahoma County, Oklahoma, Case No. CJ-2022-1384.

IT IS SO ORDERED this 5th day of April, 2023.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE