## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY DIVISION

| | | |
|---|---|---|
| ROCKINGHAM CASUALTY COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case: 5:22-01047-J |
| | : | |
| BEST CHOICE LANDSCAPE & ROOFING, INC. | : | |
| | : | |
| and | : | |
| | : | |
| COLUMBIA MUTUAL INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

Plaintiff Rockingham Casualty Company, and Defendant Columbia Mutual Insurance Company, being the only two parties to have appeared in this action and having amicably resolved their dispute, and the Court having entered judgment against defaulting defendant Best Choice Landscape & Roofing, Inc., hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of the remainder of this action, consisting of Plaintiff Rockingham Casualty Company's declaratory judgment claims against Defendant Columbia Mutual Insurance Company, with prejudice, with each party to bear its own costs.

DATED:  May 9, 2023

Respectfully submitted,

*/s/ Jacob C. Cohn*                          */s/ Weston H. White*
GORDON & REES LLP                    MILLER JOHNSON JONES

Jacob C. Cohn
101 Park Avenue
Suite 1300
Oklahoma City, OK 73102
Tel.: (215) 717-4004
Fax: (215) 693-6650
Email: jcohn@grsm.com

*Attorney for Plaintiff,*
*Rockingham Casualty Company*

ANTONISSE & WHITE PLLC
500 NW 6th Street, Suite 300
Oklahoma City, OK 73102
Tel: (405) 896-4388
Fax: (405) 609-2995
Email: wwhite@mjjaw.com

*Attorney for Defendant,*
*Columbia Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I certify that on May 9, 2023, I electronically filed the forgoing Stipulation of Dismissal with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all parties of record.

*/s/ Jacob C. Cohn*
Jacob C. Cohn